Elizabeth A. Falcone, CA Bar No. 219084
elizabeth.falcone@ogletreedeakins.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518

Michael J. Sexton, CA Bar No. 153435
michael.sexton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
PARSONS CORPORATION

NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUAY ALJAMAL,<br><br>    Plaintiff,<br><br>    v.<br><br>PARSONS CORPORATION,<br><br>    Defendant. | Case No. 2:16-cv-02518-JFW (FFMx)<br><br>**JUDGMENT**<br><br>Complaint Filed: April 12, 2016<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Frederick M. Mumm |

On August 4, 2017, the Court entered an Order granting Defendant Parsons Corporation's ("Parsons") Renewed Motion for Summary Judgment (Dkt. 93) in full. *See* Dkt. 106. Accordingly, IT IS HEREBY ORDERED THAT Plaintiff Luay Aljamal take nothing by way of his Complaint, and that JUDGMENT IS ENTERED IN FAVOR OF Parsons. Parsons is to recover its costs. Parsons may file a bill of costs in accordance with the Local Rules.

IT IS SO ORDERED.

DATED: August 17, 2017

The Hon. John F. Walter
United States District Court Judge

Respectfully submitted by:

Elizabeth A. Falcone, CA Bar No. 219084
Mike Sexton, CA Bar No. 153435
Amanda C. Van Wieren, *admitted pro hac vice*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Attorneys for Defendant
PARSONS CORPORATION

30791139.1

Case No. 2:16-cv-02518-JFW (FFMx)

JUDGMENT